| | |
|---|---|
| 1 | Paul McCarthy |
| | Bar no 139497 |
| 2 | 2150 Folsom Street, #7A |
| | San Francisco, CA |
| 3 | 94110-1320 |
| | Tel. (415) 702-7260 |
| 4 | Attorney for *Creditor* |
| | MARGARET EVE-LYNNE MIYASAKI |

United States Bankruptcy Court
for the Northern District of California
San Jose Courthouse

In re

BEATRICE LUI,

        *Debtor.*

No. **12-55239-SLJ13**

Chapter 13

EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

Bankruptcy L. R. 9006-1(c)

Courtroom    3099

**EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE BRIEF**

Comes now creditor Margaret E. Miyasaki, by and through counsel, and moves for a four day extension of time to file her brief pursuant to Bankruptcy L. R. 9006-1(c). The brief is due on Thursday, May 30, 2013. Counsel requests an extension of time to file the brief until Monday, June 3, 2013 on grounds of illness. There is insufficient time to provide 72 hours prior notice to respondent.

Dated: San Francisco, California, on Wednesday, May 29, 2013.

s/ Paul McCarthy
_____
**Paul McCarthy**
Attorney for *Creditor* MARGARET EVE-LYNNE MIYASAKI

1

Ex Parte Request for Extension of Time to File Brief