Paul McCarthy
Bar no 139497
2150 Folsom Street, #7A
San Francisco, CA
94110-1320
Tel. (415) 702-7260
Attorney for *Creditor*
MARGARET EVE-LYNNE MIYASAKI

United States Bankruptcy Court
for the Northern District of California
San Jose Courthouse

In re

BEATRICE LUI,

       *Debtor.*

No. **12-55239-SLJ13**
Chapter 13

DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

Bankruptcy L. R. 9006-1(c)

Courtroom    3099

**DECLARATION IN SUPPORT OF EX PARTE
REQUEST FOR EXTENSION OF TIME TO FILE BRIEF**

I, Paul McCarthy, declare under penalty of perjury as follows:

1. I am the attorney for Creditor Margaret E. Miyasaki in this case.

2. There is a deadline for filing a brief on the issue of the homestead exemption of Thursday, May 30, 2013.

3. On Saturday, May 25, 2013, I became ill and was unable to spend time working on the brief this last weekend as I had intended to do. I thought at the time that this illness was just a minor sinus cold that would go away by the beginning of this week and that I would not need an extension of time, so I did not submit a request for an extension of time earlier. However, this illness has persisted through today and will probably last until tomorrow. The earliest I

1

Declaration in Support of Ex Parte Request for Extension of Time to File Brief

could have submitted this request for extension of time in any case was yesterday, Tuesday, May 28, 2013, since I had no warning that I might get sick.  This continuing illness is interfering with my ability to complete the brief by the scheduled deadline of Thursday, May 30, 2013.

4.  There is insufficient time to give opposing counsel 72 hours notice since the brief is due tomorrow.  However, the requested extension of time – until the following Monday, or four days, is so short that it will not prejudice the court or opposing counsel.  I consent to any similar extensions of time for opposing counsel as may be needed due to this requested four day extension of time.

I declare under penalty of perjury that the facts stated in this declaration are true and correct.  Executed in San Francisco, California, on Wednesday, May 29, 2013.


s/ Paul McCarthy

**Paul McCarthy**
Attorney for *Creditor* MARGARET EVE-LYNNE MIYASAKI

2

Declaration in Support of Ex Parte Request for Extension of Time to File Brief