Paul McCarthy
Bar no 139497
2150 Folsom Street, #7A
San Francisco, CA
94110-1320
Tel. (415) 702-7260
Attorney for *Creditor*
MARGARET EVE-LYNNE MIYASAKI

United States Bankruptcy Court
for the Northern District of California
San Jose Courthouse

In re

BEATRICE LUI,

    *Debtor*.

No. **12-55239-SLJ13**
Chapter 13

SUPPLEMENTAL DECLARATION OF MARGARET EVE-LYNNE MIYASAKI; EXHIBIT "1"

Date: Thursday, June 13, 2013
Time: 10:00 am
Courtroom 3099, Honorable Steven L. Johnson, presiding.

**SUPPLEMENTAL DECLARATION OF
MARGARET EVE-LYNNE MIYASAKI**

I, Margaret Eve-Lynne Miyasaki , declare under penalty of perjury as follows:

1. I am a creditor in this case.

2. Attached as Exhibit "1" is an unfilemarked copy of my separate statement of material facts filed as part of the summary judgment motion in the state proceedings. This will be supplemented with a filemarked copy of the separate statement shortly.

3. I did not join any damage claims for fraud in my action to collect the note out of family considerations and propriety because Lui is my sister in law.

4. Lui has said that she used the money she could have paid the note with to put her son through college. She did not say how old the son was or what college he went to. After the note

1

became due, my elderly father, Richard Graber, was short of money and I would give him money from my own part time earnings to help him buy food and other necessities. I believe Lui knew this but did not make even a token payment on the note to him. I also need surgery to repair a leaking heart valve but cannot afford this elective surgery [1] because Lui has not paid the note. I was hospitalized two years ago for about a week for atrial fibrillation and cardiac insufficiency related to this leaking heart valve.

    I declare under penalty of perjury that the facts stated in this declaration are true and correct. Executed in San Francisco, California, on Saturday, June 1, 2013.

s/ Margaret Eve-Lynne Miyasaki

**Paul McCarthy**
Attorney for *Creditor* MARGARET EVE-LYNNE MIYASAKI

---

[1] Elective surgery in Mexico would cost about $25,000-$30,000, about a third of what Lui owes on the note.