

The following constitutes
the order of the court. Signed June 18, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

BEATRICE LUI,

          Debtor(s).

Case No. 12-55239-SLJ

Chapter 13

**SCHEDULING ORDER**
FRBP 7016
Fed. R. Civ P. 16

On June 13, 2013, the court held a hearing on Debtor's motion to void and strip lien of Margaret Eve-Lynne Miyasaki. Appearances were as noted on the record. Upon due consideration, the court hereby establishes the following schedule regarding the valuation dispute:

(1) **Trial Date**: Trial will commence on September 10, 2013 at 9:00 a.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 3099, San Jose, CA 95113. The trial is set for 2 hours. Three business days before the trial date counsel shall inform the courtroom deputy (Tanya Bracegirdle (408) 278-7556) whether the parties have settled.

(2) **Witness & Evidence Procedures**: Three business days before the scheduled trial date, counsel shall: (a) exchange copies of all exhibits to be offered, other than those to be used for impeachment; (b) if the party intends to introduce them at trial, serve and file statements designating excerpts from depositions, answers to interrogatories and requests for

Scheduling Order            1

admission, other than those to be used for impeachment; and (c) exchange a list of expected witnesses, other than those to be called for impeachment.

      (3)  **Exhibits**: Counsel shall also: (a) premark all exhibits **before** trial (Plaintiff's exhibits should be marked by number, Defendant's exhibits should be marked by letter); (b) bring sufficient copies of exhibits for all counsel, the witness, and the court; (c) in any case in which the party expects to offer more than ten exhibits, place the exhibits in a three-ring binder with an appropriate tab attached to each exhibit; (d) number the pages of any exhibit that has more than one page; (e) promptly advise the opposing party of any objections to the introduction of the opposing party's proposed testimony or exhibits; and (f) meet **before** trial to stipulate to the introduction of evidence, including both testimony and documents.

      (4)  **Evidence**: Counsel should be familiar with the Federal Rules of Evidence, including rules pertaining to authentication of documents.

**The court may exclude evidence, postpone trial, or impose monetary sanctions for failure to comply with this order.**

IT IS SO ORDERED.

**\*\*END OF ORDER\*\***

Scheduling Order    1

UNITED STATES BANKRUPTCY COURT for the Northern District of California

**COURT SERVICE LIST**

ECF NOTIFICATIONS ONLY

Scheduling Order 1