**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

Case No.: 12-55239-SLJ                    Date: September 5, 2013

Courtroom: 3099                            Trial Date: September 10, 2013

                                           Trial Time: 9:00 a.m.

BEATRICE LUI vs. MARGARET EVE-LYNNE MIYASAKI

**EXHIBIT LIST**

(X)   Debtors                              Attorney: W. Kirk Moore

( )   Creditors                            Attorney: Paul McCarthy

| Exhibit Number/ Exhibit Letter | Date Marked for Identification | Date Admitted into Evidence | Description |
|---|---|---|---|
| 1 | | | Appraisal of 241 Serena Way, Santa Clara, CA Value Date 4/2/2012 by Robert M. Frazier |
| 2 | | | Credentials of Robert M Frazier; Resume, License and E&O Cert. |
| 3 | | | Additional Photos of 241 Serena Way, Santa Clara, CA taken by Robert M. Frazier Not Included in Appraisal |

1

EXHIBIT LIST