

The following constitutes
the order of the court. Signed September 18, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Beatrice Lui,<br><br>            Debtor(s). | Case No. 12-55239 SLJ<br><br>Chapter 13<br><br>Date: November 21, 2013<br>Time: 3:00 p.m<br>Ctrm: 3099 |

### ORDER TO APPEAR AND SHOW CAUSE RE DISMISSAL

This case was filed on July 13, 2012.  As of the date of this order, no order confirming a chapter 13 plan has been entered in this case.  Debtor(s) (or Debtor(s) counsel, if represented) is ordered to appear and show cause why this case should not be dismissed, on **November 21, 2013 at 3:00 p.m.**, at Courtroom 3099, 280 South First Street, San Jose, California, before the Honorable Stephen L. Johnson, for unreasonable delay that is prejudicial to creditors.  11 U.S.C. § 1307(c)(1).

Debtor(s) (or Debtor(s) counsel, if represented) shall file a written response[29] to this Order to Show Cause by **November 14, 2013.**  If Debtor fails to file a written response by the deadline, the court will dismiss the case prior to the hearing and for other cause shown set on this order to show cause.

**IT IS SO ORDERED.**

*** END OF ORDER***

---

[29] The Response must be docketed using the ECF event code "Response" under the "Bankruptcy - Miscellaneous" menu and must be linked to the Order to Appear and Show Case re: Dismissal.

ORDER TO APPEAR AND SHOW CAUSE RE DISMISSAL

**COURT SERVICE LIST**

Electronically mailed to ECF registered participants.