

The following constitutes
the order of the court. Signed September 24, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    BEATRICE LIU,<br><br>           Debtor. | Case No.: 12-55239 SLJ<br><br>Chapter 13 |

**ORDER GRANTING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)**

On January 29, 2013, Debtor filed a Motion to Avoid Lien of Richard Graber, Sr., and Margaret Miyasaki ("Motion"). Miyasaki opposed the Motion. The Motion came on for trial on September 10, 2013 at 9:00 am. Appearances were duly noted in the Court's record.

For reasons stated in the court's Amended Order Following Trial on Motion to Avoid Lien under 11 U.S.C. § 522(f), entered concurrently herewith,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the judicial lien of Richard Graber, Sr. and Margaret Miyasaki filed with Santa Clara County Recorder's Office on or about May 17, 2012 as

ORDER GRANTING MOTION TO AVOID LIEN
-1-

Document #21673164 on debtor's residence located at 241 Serena Way, Santa Clara, CA with APN No.: 294-35-016 is hereby avoided and unenforceable.

*** END OF ORDER***

ORDER GRANTING MOTION TO AVOID LIEN

**COURT SERVICE LIST**

**[ECF Recipients Only]**

ORDER GRANTING MOTION TO AVOID LIEN